In the Matter of the Application of MAX GREENWALD, Appellant, *v.* EDWARD F. BOYLE et al., Constituting the Board of Elections of the City of New York, Respondents.

*Matter of Greenwald* v. *Boyle*, 179 App. Div. 672, affirmed.
(Argued October 31, 1917; decided November 1, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 30, 1917, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the board of elections of the city of New York to accept a certificate of nomination of Norbert Blank as an independent, candidate for the office of justice of the Municipal Court, second district, borough of The Bronx. The petition contained 2,209 signatures and was rejected by the board of elections upon the ground that that number was insufficient, it being contended that under section 122 of the Election Law at least 3,000 were required.

*Norbert Blank* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on authority of *Matter of Richards* (221 N., Y. 684).

Concur: COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and ANDREWS, JJ. Concurs in result: HISCOCK, Ch. J. Dissenting on the ground that so far as section 122 of the Election Law requires more than 1,500 signatures for an independent nomination in a subdivision of a county or a borough, it is unreasonable and void: POUND, J.